**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 22nd day of January, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

First National Mortgage Sources LLC )  Case No. 08-20832-7

Debtor(s)

## ORDER TO PAY UNCLAIMED FUNDS

    It appearing that the check made payable to First Franklin Financial Corp, whose last four digits of the social security/tax identification number is 6430, in the amount of $18,640.66 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

    It further appearing that PNC Bank, National Association now claims the above monies in the petition attached hereto,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $18,640.66, to

        PNC Bank, National Association
        Attn: David L. Zive
        1600 Market Street, 28th Floor
        Philadelphia, PA 19103

###